IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3083-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PATRICK SIMONS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The parties' joint stipulation to continue sentencing (filing 82) is granted;

(2)   Defendant Simons' evidentiary hearing and sentencing are continued to Friday, August 12, 2005, from 12:00 noon to 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 20th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge