IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3083-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PATRICK SIMONS, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant,

IT IS ORDERED that Defendant Simons' evidentiary hearing and sentencing are continued to 12:30-1:30 p.m. on Monday, October 3, 2005, before the undersigned United States District Judge, in Courtroom No.1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 30, 2005.                         BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge