IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3083 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PATRICK SIMONS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that David A. Domina and Timothy G. Himes, Sr.'s motion for leave to withdraw as counsel for Patrick Simons (filing 97) is granted.

November 18, 2005.                                    BY THE COURT:

                                                     s/ *Richard G. Kopf*
                                                     United States District Judge