IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3083-1 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| PATRICK SIMONS, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

With the agreement of Defendant Simons' supervising Probation Officer, John Celano,

IT IS ORDERED that the defendant's motion/request to travel is granted. The defendant is allowed to travel on a cruise from Port Canaveral, Florida to Nassau, Bahamas from July 20, 2009 to July 23, 2009.

DATED this 26th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge